In the Matter of the Proceeding, under the Grade Crossing Elimination Act, for the Elimination of the Existing Highway-Railroad Crossing at Grade of the Railroad Operated by New York, Ontario and Western Railway Company and Chester-Vails Gate County Highway No. 154, Known as Meadowbrook Road Crossing Located about 250 Feet North of Meadowbrook Station in the Town of Cornwall, Orange County. (Case No. 5976.) NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY and Others, Appellants; DEPARTMENT OF PUBLIC WORKS and PUBLIC SERVICE COMMISSION, Respondents.— Order of the Public Service Commission directing the elimination of a highway-railroad crossing at grade unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.